Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FEDMET RESOURCES CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>   Defendant. | SUMMONS<br>Court No. 23-00117 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff Fedmet Resources Corporation ("Fedmet") is a importer to the United States of refractory bricks from the People's Republic of China. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's covered merchandise inquiry ("CMI") arising from the 19 U.S.C. § 1517(b)(4) covered merchandise referral in the U.S. Customs and Border Protection ("CBP") remand proceeding of Enforce and Protect Act ("EAPA") Case No. 7412 with regard to the imports of Fedmet. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(ii).

(Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final determination of the covered merchandise inquiry in the CBP remand proceeding of the EAPA Case No. 7412 on *Certain Magnesia Carbon Bricks From the People's Republic of China: Final Determination in Covered Merchandise*, 88 Fed. Reg. 28,495 (Dep't Commerce May 4, 2023).
(Brief description of contested determination)

3. April 27, 2023
(Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on May 4, 2023 and mailed on May 12, 2023.
(If applicable, date of publication in *Federal Register* of notice of contested determination)

| | |
|---|---|
| /s/ R. Will Planert<br>Signature of Plaintiffs' Attorney<br><br>June 8, 2023<br>Date | R. Will Planert<br>**Morris, Manning & Martin, LLP**<br>1401 Eye Street, NW Suite 600<br>Washington, DC 20005<br>(202) 216-4819<br>bmills@mmmlaw.com<br><br>*Counsel to Fedmet Resources Corporation* |

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)