# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HON. M. MILLER BAKER, JUDGE

| | |
|---|---|
| FEDMET RESOURCES CORPORATION,<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>      *Defendant,*<br><br>and<br><br>MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,<br><br>      *Defendant-Intervenor.* | Court No. 1:23-cv-00117-MMB |

## DEFENDANT-INTERVENOR'S NOTICE OF APPEAL

Notice is hereby given that Defendant-Intervenor Magnesia Carbon Bricks Fair Trade Committee (the "Committee"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment, Document No. 74 entered in this action on October 9, 2025, and from the opinions in Slip Op. 25-136, Document No. 73 (Oct. 9, 2025) and Slip Op. 24-136, Document No. 56 (Dec. 12, 2024).

Dated: November 10, 2025

        Respectfully submitted,

        */s/ J. Michael Taylor*
        J. Michael Taylor
        Daniel L. Schneiderman
        KING & SPALDING LLP
        1700 Pennsylvania Avenue NW
        Washington, DC 20006
        (202) 737-0500
        jmtaylor@kslaw.com
        dschneiderman@kslaw.com

        *Counsel for Defendant-Intervenor*