IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER

| | |
|---|---|
| FEDMET RESOURCES CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 23-00117 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE, | ) |
| Defendant-Intervenor. | ) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's October 9, 2025, judgment entered in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:

K. GARRETT KAYS
Attorney
Office of the Chief Counsel
For Trade Enforcement &
Compliance
U.S. Department of Commerce

/s/ Antonia R. Soares
ANTONIA R. SOARES
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
(202) 305-7405 (Telephone)
Email: antonia.soares@usdoj.gov

December 5, 2025

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 5th day of December 2025, a copy of the foregoing "DEFENDANT'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Antonia R. Soares
ANTONIA R. SOARES