NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FEDMET RESOURCES CORPORATION,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

---

2026-1160

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00117-MMB, Judge M. Miller Baker.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**ORDER**

Magnesia Carbon Bricks Fair Trade Committee filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

October 14, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

1 Circuit Judge Newman did not participate.