# United States Court of Appeals for the Federal Circuit

---

**FEDMET RESOURCES CORPORATION,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**MAGNESIA CARBON BRICKS FAIR TRADE COMMITTEE,**
*Defendant-Appellant*

---

2026-1160

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00117-MMB, Judge M. Miller Baker.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 11, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 21, 2026
Date

Jarrett B. Perlow
Clerk of Court